UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 20-cr-90-SM-01/04 |
| SETH SHACKFORD, ) | |
| JESSICA JONES, ) | |
| EDGAR CENTARICZKI, ) | |
| and ) | |
| MARIAH PETERS ) | |
|      Defendants ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[18 U.S.C. § 2(a); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about June 17, 2019, in the District of New Hampshire, the defendant,

**SETH SHACKFORD,**

aided and abetted by a person known to the grand jury, did knowingly and intentionally distribute a controlled substance, specifically, methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

**[18 U.S.C. § 2(a); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing Controlled Substances]**

On or about June 19, 2019, in the District of New Hampshire, the defendant,

**SETH SHACKFORD
and
EDGAR CENTARICZKI,**

aided and abetted by each other, did knowingly and intentionally distribute controlled substances, specifically, methamphetamine and fentanyl, both Schedule II controlled substances, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]

On or about August 8, 2019, in the District of New Hampshire, the defendant,

### SETH SHACKFORD,

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

### [18 U.S.C. § 2(a); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]

On or about August 26, 2019, in the District of New Hampshire, the defendant,

### SETH SHACKFORD
### and
### MARIAH PETERS,

aided and abetted by each other, did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

### [18 U.S.C. § 2(a); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]

On or about August 27, 2019, in the District of New Hampshire, the defendant,

**SETH SHACKFORD**
**and**
**JESSICA JONES,**

aided and abetted by each other, did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: August 31, 2020

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney

By:   /s/ Joachim H. Barth
      Joachim H. Barth
      Assistant U.S. Attorney