## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Cr. No.  1:20-cr-90-SM-04/04 |
| ) | |
| **SETH SHACKFORD (ET AL),** ) | |
| **MARIAH PETERS** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 31st  day of August, 2020.

This 31st day of August, 2020.

                                                SCOTT W. MURRAY
                                              United States Attorney

                                              /s/ Joachim H. Barth
                                              Joachim H. Barth
                                              Assistant U.S. Attorney

WARRANT ISSUED:  _____