UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

MARIAH PETERS
(Petitioner's Name)

Case No.    20-cr-90-SM-04
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, ___Mariah Peters_____, respectfully request appointment of

counsel to represent me as a criminal defendant.

I am financially unable to hire counsel.  A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   09/04/2020

Signature of Petitioner

---

**RULING BY JUDICIAL OFFICER**

☑  Request Approved.  Appoint Counsel.
☐  Request Denied.
☐  Other:_____

Date: _9/4/2020___

U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)