AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

**RECEIVED SEP 0 1 2020 US MARSHALS SERVICE**

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2020 SEP -9 P 3: 49

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-cr-90-SM-04/04 |
| SETH SHACKFORD et al | ) | |
| MARIAH PETERS | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mariah Peters,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC §2(a); 21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance

Date:   09/01/2020

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Megan Cahill, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-1-2020, and the person was arrested on *(date)* 9-3-2020
at *(city and state)* Concord, NH.

Date:   9-3-2020

*Arresting officer's signature*

David Crawler, DSM
*Printed name and title*